**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:20CR297** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JOSHUA CHAFA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court upon Defendant's Unopposed Motion to Continue Jury Trial [27]. The parties are working to resolve the matter short of trial, as additional time is necessary in order to make further attempts to find a mutually acceptable resolution. For good cause shown,

**IT IS ORDERED** that Defendant's Unopposed Motion to Continue Jury Trial [27] is granted, as follows:

1. The jury trial now set for May 4, 2021, is continued to **June 1, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 1, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 14, 2021.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**